**In re The Marriage of Frederick O. BAKER, Petitioner/Appellant,**

v.

**Lela V. BAKER, Respondent/Respondent.**

**No. 55521.**

Missouri Court of Appeals, Eastern District, Southern Division.

Oct. 3, 1989.

Herbert A. Kasten, Jr., Ste. Genevieve, for petitioner/appellant.

Raymond A. Bruntrager, St. Louis, for respondent/respondent.

#### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a motion to modify a dissolution decree. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo.banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).